## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN L. BRAGGS | No. 2:25-cr-0046-LEW |

## NOTICE OF DISMISSAL

NOW COMES the United States of America, by and through Craig M. Wolff, Acting United States Attorney for the District of Maine, and Anne K. Yereniuk, Assistant United States Attorney, and, pursuant to Federal Rule of Criminal Procedure 48(a), and with leave of the Court, dismisses the indictment against Steven L. Braggs in the above-captioned matter.

                Respectfully submitted,

                CRAIG M. WOLFF
                Acting United States Attorney

Dated: June 18, 2025      By:    */s/ Anne K. Yereniuk*
                                        Anne K. Yereniuk
                                        Assistant U.S. Attorney
                                        U.S. Attorney's Office
                                        100 Middle Street
                                        Portland, ME 04101
                                        (207) 780-3257
                                        Anne.Yereniuk@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 18, 2025, I caused the foregoing the Notice of Dismissal using the CM/ECF system, which sent notification of such filing to all counsel of record.

                            CRAIG M. WOLFF
                            ACTING UNITED STATES ATTORNEY

By:   */s/ Anne K. Yereniuk*
        Anne K. Yereniuk
        Assistant U.S. Attorney
        U.S. Attorney's Office
        100 Middle Street
        Portland, ME 04101
        (207) 780-3257
        Anne.Yereniuk@usdoj.gov