UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:25-cr-00046-LEW-1 |
| | ) |
| STEVEN L. BRAGGS | ) |

ORDER OF DISCHARGE

It appearing that the defendant is now entitled to be discharged for the reason that the Court has granted the Government's Motion for Leave to File Notice of Dismissal and the Notice of Dismissal having been filed,

IT IS THEREFORE ADJUDGED THAT THE DEFENDANT IS HEREBY DISCHARGED, PURSUANT TO RULE 48(a), Fed. R. Crim. P, of the offense Possession with Intent to Distribute Controlled Substances in violation of 21 U.S.C. § 841(a)(1) as charged in counts one and two of the Indictment.

Dated this 18th day of June, 2025.

/s/ Lance E. Walker
Chief U.S. District Judge